**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:17CR25** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JESSI L. JENSEN** | ) | **ORDER** |
| | ) | |
| **Defendant..** | ) | |

This matter is before the court on the defendant's Unopposed Motion To Continue Trial [32]. Counsel is seeking additional time to review discovery materials and to conduct her own investigation of the case.  Defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [32] is granted as follows:

1.  The jury trial, now set for April 25, 2017 is continued to **July 11, 2017 .**

2.  The defendant has filed the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith

3.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 11, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED April 14, 2017.**

**BY THE COURT:**

**s/ F.A. Gossett III**
**United States Magistrate Judge**